**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Rosalio SANCHEZ–MARTINEZ,**
**Defendant–Appellant.**

No. 13–10842
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 11, 2014.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Rosalio Sanchez–Martinez, pro se.

Before KING, DAVIS, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Rosalio Sanchez–Martinez moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Because Sanchez–Martinez was released from custody and removed from the United States prior to the filing of the motion to withdraw, he has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED in part as frivolous, *see* 5TH CIR. R. 42.2, and in part as moot. *See United States v. Rosenbaum–Alanis*, 483 F.3d 381, 382–83 (5th Cir.2007).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.